NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SEAN LUCEY and LUCEY CORP,  )
                            )
        Appellants,         )
                            )
v.                          )
                            )        Case No. 2D17-4935
                            )
DEEPAK KRISHNAMOORTHY,       )
ABDUL HAFIZ HYATH MOHAMMED,   )
GOPI CHANDRAN, HEMA          )
CHANDRAN, RACHNA BIRLA,       )
VIGNESH BIRLA,               )
RAJ KAMALNATHAN, and         )
VENKATA JAKKULA              )
                            )
        Appellees.          )
_____ )

Opinion filed June 6, 2018.

Appeal from the Circuit Court for Pinellas
County; Thomas H. Minkoff, Judge

Kathleen S. Lucey of Law Office of
Kathleen S. Lucey, Saint Petersburg, for
Appellants

William J. Schifino, and John A. Schifino of
Burr & Forman, LLP, Tampa, for Appellees


PER CURIAM.


        Affirmed.

BLACK and ATKINSON, JJ., and CASE, JAMES, ASSOCIATE JUDGE, Concur.